O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUM OK CHANG ) | Case No. EDCV 10-01494 |
| ) | VAP(AJWx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| BANK OF AMERICA, A ) | |
| NATIONAL ASSOCIATION; ) | |
| RECONTRUST COMPANY, A ) | |
| NATIONAL ASSOCIATION, ) | |
| AND DOES 1 THROUGH 25, ) | |
| INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 16, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge